UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRISHA MAJOR,

    Plaintiff,

v.                                                          Case No.:  2:25-cv-338-SPC-NPM

WALGREENS PHARMACY
SERVICES MIDWEST LLC,

    Defendant.

---

## OPINION AND ORDER

This matter comes before the Court on a *sua sponte* review of the file. Plaintiff Trisha Major sues Defendant Walgreens Pharmacy Services Midwest LLC.  She alleges that Defendant violated the Americans With Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and the Florida Civil Rights Act, Fla. Stat. § 760.01 *et seq.*, when it terminated her following her request for disability leave.  (Doc. 1).

On December 3, 2026, the Court dismissed her complaint as a shotgun pleading and for failure to state a claim.  (Doc. 38).  It granted her leave to file an amended complaint by December 17, 2025, and stated that "**Failure to comply may result in the Court dismissing and closing this case without further notice**."  (*Id.* (emphasis in original)).  Plaintiff requested additional time to file her amended pleading, and United States Magistrate

Judge Nicholas P. Mizell granted an extension through January 6, 2026. (Doc. 40). On January 7, 2026, Judge Mizell granted Plaintiff's attorneys' motion to withdraw. (Doc. 42). In that order, he stated, "By January 28, 2026, plaintiff must have replacement counsel appear on her behalf and file a second amended complaint. If plaintiff chooses not to retain new counsel, we will set an in-person status conference." (*Id.*). Additionally, he provided instructions to Plaintiff about receiving notices of electronic filing at her personal email address, monitoring her email account, and other directions about proceeding pro se. (Doc. 43).

As of the date of this Order, no attorney has filed a notice of appearance on Plaintiff's behalf, so she now proceeds pro se. More importantly, Plaintiff has not filed an amended complaint, and the deadline to do so by January 28 has passed. As stated above, the Court cautioned Plaintiff that failure to file her complaint by the deadline might result in dismissal without further notice. Because it appears Plaintiff has abandoned this case, it is dismissed.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's case is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

2

**DONE** and **ORDERED** in Fort Myers, Florida on February 2, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

3